Ivan Ditmars (Cal. Bar No. 359879)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 510-844-7158
Email: iditmars@biologicaldiversity.org

Ryan Maher (*Pro hac vice pending*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

Counsel for Plaintiffs Center for Biological Diversity and Center for Environmental Health

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH, <br><br> Plaintiffs, <br><br> v. <br><br> LEE ZELDIN, <br><br> in his official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | Civil Action No. 3:25-cv-10007-SK <br><br> **CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Pursuant to Civil L.R. 3-15(b)(1) and (2), the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report. Pursuant to Civil L.R. 3-15(b)(3), the Court's jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted,

*/s/ Ivan Ditmars*
Ivan Ditmars (Cal. Bar No. 359879)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 510-844-7158
Email: iditmars@biologicaldiversity.org

Ryan Maher (Pro hac vice pending)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

Counsel for Plaintiffs Center for Biological Diversity and Center for Environmental Health

DATED:    November 20, 2025