Ivan Ditmars (Cal. Bar No. 359879)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 510-844-7158
Email: iditmars@biologicaldiversity.org

Ryan Maher (Admitted *Pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Ste. 1300
Washington, D.C. 20005
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Center for Environmental Health*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and CENTER FOR ENVIRONMENTAL HEALTH,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LEE ZELDIN,<br><br>in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>　　　　　Defendant. | Civil Action No. 4:25-cv-10007-JST<br><br>**PROOF OF SERVICE OF PROCESS** |

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby certify that service of the complaint, summons, and other case-initiating documents in the above-captioned case has taken place in the following manner:

1.  The United States Attorney was served via certified mail to the address 450 Golden Gate Ave., PO Box 36055, San Francisco, CA 94102-3661, on December 4, 2025; the United States Attorney's office received the documents on December 8, 2025.

2.  The United States Attorney General was served via certified mail to the address 950 Pennsylvania Ave NW, Washington, D.C. 20530-0001, on December 4, 2025; the United States Attorney General's office received the documents on December 9, 2025.

3.  Administrator Lee Zeldin was served via certified mail to the address 1200 Pennsylvania Ave. NW, Washington, D.C. 20460-0001, on December 4, 2025; Administrator Zeldin's office received the documents on December 8, 2025.

4.  Pursuant to Federal Rule of Civil Procedure 4(i)(1)-(2), the above parties were served copies of the following documents:

   a. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF,
   b. SUMMONS IN A CIVIL ACTION,
   c. CERTIFICATION OF INTERESTED ENTITIES,
   d. DECLINATION OF MAGISTRATE JUDGE,
   e. INITIAL CASE MANAGEMENT ORDER,
   f. RYAN MAHER'S MOTION FOR PRO HAC VICE AND ACCOMPANYING EXHIBITS,
   g. ORDER GRANTING RYAN MAHER'S PRO HAC VICE MOTION,
   h. CLERK'S NOTICE OF REASSIGNMENT,
   i. ORDER REASSIGNING CASE,
   j. CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE,
   k. DOCKET REPORT WITH DOCKET NUMBERS 1-12 DISPLAYED,
   l. ECF REGISTRATION INFORMATION,
   m. STANDING ORDERS FOR ALL DISTRICT JUDGES AND,

n.  JUDGE JON S. TIGAR'S CIVIL STANDING ORDER.

5. Electronic certified mail receipts verifying the statements above are attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:      December 10, 2025            Respectfully Submitted,

/s/ Ivan Ditmars
Ivan Ditmars (Cal. Bar No. 359879)
Ryan Maher (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 510-844-7158
Email: iditmars@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Center for Environmental Health*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I filed the foregoing PROOF OF SERVICE through the Court's CM/ECF filing system.

/s/ Ivan Ditmars
-------------------------------------
Ivan Ditmars (Cal. Bar No. 359879)
Ryan Maher (Admitted *Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 510-844-7158
Email: iditmars@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Center for Environmental Health*