# Exhibit 1

**UNITED STATES POSTAL SERVICE.**

KENTON
2130 N KILPATRICK ST
PORTLAND, OR 97217-6819
www.usps.com

12/04/2025                          03:26 PM

TRACKING NUMBERS
9589 0710 5270 0013 6805 00
9589 0710 5270 0013 6805 24
9589 0710 5270 0013 6805 55

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $11.90 |
| Flat Rate Env | | | |
| Washington, DC 20460 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Mon 12/08/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 0013 6805 00 | | | |
| e-Return Receipt | | | $2.82 |
| Total | | | $20.02 |
| Priority Mail® | 1 | | $11.90 |
| Flat Rate Env | | | |
| Washington, DC 20530 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Mon 12/08/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 0013 6805 24 | | | |
| e-Return Receipt | | | $2.82 |
| Total | | | $20.02 |
| Priority Mail® | 1 | | $11.90 |
| Flat Rate Env | | | |
| San Francisco, CA 94102 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Mon 12/08/2025 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 0013 6805 55 | | | |
| e-Return Receipt | | | $2.82 |
| Total | | | $20.02 |



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20460

| Certified Mail Fee | $5.30 | 0017 |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $11.90 | 12/04/2025 |
| $20.02 | | |

Lee Zeldin, Administrator
U.S. Environmental Protection Agency
Office of the Administrator
Mail Code: 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460-0001

for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| Certified Mail Fee | $5.30 | 0017 |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $11.90 | 12/04/2025 |
| Total Postage and Fees $20.02 | | |

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, Nw
Washington, DC 20530-0001

for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94102

| Certified Mail Fee | $5.30 | 0017 |
| $ | $0.00 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $11.90 | 12/04/2025 |
| $20.02 | | |

Civil Process Clerk
United States Attorney's Office for the Northern
District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102-3661

for Instructions



December 8, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0013 6805 00**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 8, 2025, 9:04 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature |
| --- |

Signature of Recipient:

Address of Recipient: 20460

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



December 9, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0013 6805 24**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | December 9, 2025, 4:44 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

December 8, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0013 6805 55**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 8, 2025, 1:42 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature |
| --- |

Signature of Recipient: *gave gave*

Address of Recipient: *450 g g*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004